dismiss appeal granted, with ten dollars costs, unless defendant, appellant, procure the record on appeal to be filed on or before February 16, 1931, and procure said appellant's points to be filed on or before March 9, 1931. Present — Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES T. BAIRD and Others.— Motion to dismiss appeal denied. Present — Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES BAIRD and EDWARD C. SCHEFFER v. ROBERT BARR, Warden, etc.— Writ dismissed and prisoners remanded to custody. Settle order on notice. Present — Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of BERNARD K. MARCUS and SAUL SINGER to Vacate and Quash Alleged Subpœnas Purported to Have Been Issued by the Attorney-General of the State of New York. BERNARD K. MARCUS and SAUL SINGER, Appellants.— Motion denied. Settle order on notice. Present — Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS MARGOLIES.— Motion granted so far as to extend appellant's time to file an amended record on appeal and appellant's points to and including February 28, 1931, with notice of argument for March 16, 1931. Present — Finch, McAvoy, Martin and O'Malley, JJ.

MAE L. BREARTON v. CORA A. DE WITT and Others, as Executors, etc., of ELDEN C. DE WITT, Deceased.— Motion granted, and appellant's time to file the record on appeal and appellant's points extended to and including March 21, 1931. Present — Finch, McAvoy, Martin and O'Malley, JJ.

A. J. COURTMEL CO., INC., v. THE ALLIANCE REALTY COMPANY and Another.— Motion to dismiss appeal granted, in the event that defendant Crest Engineering Corporation shall have failed to serve its proposed case on appeal by the 18th day of February, 1931; otherwise, that said motion to dismiss appeal is denied. Present — Finch, McAvoy, Martin and O'Malley, JJ.

LEHIGH AND WYOMING FUEL CORPORATION and Others, Respondents, v. PAULINA SCHORR and Others, Appellants, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Arbitration of Differences between WHITECOURT CONSTRUCTION CORPORATION and THE FORDHAM CORNICE WORKS, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed on or before the 27th day of February, 1931. Present — Finch, McAvoy, Martin and O'Malley, JJ.

JOHN FRANCIS DINGEE and Others v. SID BLAKE and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal and appellants' points to be filed on or before February 27, 1931. Present — Finch, McAvoy, Martin and O'Malley, JJ.

JOHN FRANCIS DINGEE and Others v. SID BLAKE and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal and appellants' points to be filed on or before February 27, 1931. Present — Finch, McAvoy, Martin and O'Malley, JJ.